**Exhibit 1**

**(Stipulation)**

{01332666;v1 }

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,[1] | Case No. 17-12560 (KJC) |
| Debtors. | (Jointly Administered) |
| COMERICA BANK, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 18-50382 (KJC) |
| (1) JAY BEYNON FAMILY TRUST DTD 10/23/1998, RICHARD J. CARLI, LOIS M. CARLI, ALBERT M. LYNCH, and FREDA B. LYNCH; (2) ROBERT J. PRINCE, LILLY SHIRLEY, and JOSEPH C. HULL; (3) LLOYD LANDMAN and NANCY LANDMAN; (4) ALAN GORDON and MARLENE GORDON; and (5) MARK BAKER, CORNERSTONE GROWTH, LP, LEONA POMROY, DENNIS RYAN, and CAROLE RYAN, | |
| Defendants. | |

### STIPULATION WITH RESPECT TO
### PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Comerica Bank ("Plaintiff"), and Jay Beynon Family Trust DTD 10/23/1998, Richard J.

Carli, Lois M. Carli, Albert M. Lynch, Freda B. Lynch, Robert J. Prince, Lilly Shirley, Joseph C.

Hull, Lloyd Landman, Nancy Landman, Alan Gordon, Marlene Gordon, Mark Baker,

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Blvd #302, Sherman Oaks, California 91423. Due to the large number of debtors (the "Debtors") in these cases (these "Chapter 11 Cases"), which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting counsel for the Debtors.

Cornerstone Growth, LP, Leona Pomroy, Dennis Ryan, and Carole Ryan ("Defendants" and together with the Plaintiff, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1.    This Court has jurisdiction pursuant to 28 U.S.C. §§ 1334 and 157 and the Amended Standing Order of Reference dated as of February 29, 2012 from the United States District Court for the District of Delaware.

2.    On April 4, 2018, Plaintiff commenced this adversary proceeding (the "Adversary Proceeding") with the filing of a complaint [Adv. Pro. Docket No. 1] (the "Complaint") and the filing of a motion [Adv. Docket No. 3] (the "Motion"), pursuant to sections 105 and 362 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 7001 and 7065 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").[2]

3.    Until further order of this Court, the continued prosecution of the Class Actions is hereby preliminarily enjoined and stayed.

4.    Notwithstanding the foregoing, the Defendants may (i) obtain the production of the materials that the Debtors provided to the SEC and other relevant documents in the possession, custody or control of the Debtors (and Defendants shall provide any such production to Comerica contemporaneously upon receipt), and (ii) engage in discussions and negotiations with the Debtors and their retained professionals, including, without limitation, any Liquidation Trustee appointed pursuant to a confirmed plan of liquidation in these Chapter 11 Cases, with respect to the assignment of causes of action belonging to the estates of the Debtors.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to those terms in the Complaint, the Motion and the pleadings filed in the Adversary Proceeding in support and in opposition to the Motion.

5.    This Court shall retain jurisdiction and power with respect to all matters arising from or related to the interpretation and implementation of this Stipulation.

6.    The parties reserve their respective positions except as otherwise set forth herein. This stipulation shall not be construed as an admission concerning any of the claims or allegations contained in the complaint in this action or any defense thereto.

Dated: June 11, 2018
        Wilmington, Delaware


ASHBY & GEDDES, P.A.                          MANNING GROSS + MASSENBURG LLP

By: */s/ F. Troupe Mickler IV*                By: */s/ Marc J. Phillips*
William P. Bowden (#2553)                     Marc J. Phillips (Bar No. 4445)
F. Troupe Mickler IV (#5361)                  1007 North Orange Street, 10th Floor
500 Delaware Avenue, 8th Floor                Wilmington, DE   19801
P.O. Box 1150                                 Telephone:  (302) 504-6803
Wilmington, Delaware 19899-1150               Facsimile:  (302) 657-2104
Telephone: (302) 654-1888                     Email: mphillips@mgmlaw.com
Facsimile: (302) 654-2067
Email: wbowden@ashbygeddes.com                and


and                                           Daniel C. Girard
                                              GIRARD GIBBS LLP
WINSTON & STRAWN LLP                          601 California Street, Suite 1400
David Neier, Esq.                             San Francisco, CA 94108
200 Park Avenue                               Telephone: (415) 981-4800
New York, NY 10166-4193                       Facsimile: (415) 981-4846
Telephone: (212) 294-6700                     Email: dcg@girardgibbs.com
Facsimile: (212) 294-4700
Email: dneier@winston.com                     and


Aaron Gober-Sims, Esq.                        Thomas R. Lehman
333 S. Grand Avenue, 38th Floor               Jeffrey C. Schneider
Los Angeles, CA 90071-1543                    LEVINE KELLOGG LEHMAN SCHNEIDER
Telephone: (213) 615-1700                     + GROSSMAN LLP
Facsimile: (213) 615-1750                     201 South Biscayne Boulevard, 22nd Floor,
Email: agobersims@winston.com                 Citigroup Center
                                              Miami, FL 33131
*Attorneys for Plaintiff*                     Telephone: (305) 403-8788
                                              Facsimile: (305) 403-8789
                                              Email: trl@lklsg.com
                                              Email: jcs@lklsg.com

                                              *Attorneys for Defendants*