# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | ) ) | Case No. 17-12560 (BLS) |
| | ) | (Jointly Administered) |
| Remaining Debtors. | ) | |
| ------------------------------------------------- | ) | |
| COMERICA BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| (1) JAY BEYNON FAMILY TRUST DTD 10/23/1998, RICHARD J. CARLI, LOIS M. CARLI, ALBERT M. LYNCH, and FREDA B. LYNCH; (2) ROBERT J. PRINCE, LILLY SHIRLEY, and JOSEPH C. HULL; (3) LLOYD LANDMAN and NANCY LANDMAN; (4) ALAN GORDON and MARLENE GORDON; and (5) MARK BAKER, CORNERSTONE GROWTH, LP, LEONA POMROY, DENNIS RYAN, and CAROLE RYAN, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Adversary Proceeding No. 18-50382 (BLS)<br><br>**Related to Adv. Docket No. 23** |
| | ) | |
| Defendants. | ) | |

## CERTIFICATION OF COUNSEL REGARDING
## ORDER GRANTING DEFENDANTS' MOTION FOR ABSTENTION

I, Marc J. Phillips, Esq. of Montgomery McCracken Walker & Rhoads LLP, counsel to the Defendants – Class Plaintiffs, hereby certifies as follows:

1. On May 2, 2019, the Defendants – Class Plaintiffs filed the *Class Plaintiffs' Motion for Abstention* ("Motion for Abstention") [Adv. Docket No. 23].

2. On May 7, 2019, the Woodbridge Liquidation Trust filed the *Liquidation Trust's Statement in Support of Class Plaintiffs' Motion for Abstention* [Adv. Docket No. 24].

3. On May 16, 2019, Comerica Bank filed the *Memorandum of Law of Comerica Bank in Opposition to Class Plaintiffs' Motion for Abstention* [Adv. Docket No. 25] and the *Declaration of F. Troupe Mickler IV in Support of Memorandum of Law of Comerica Bank in Opposition to Class Plaintiffs' Motion for Abstention* [Adv. Docket No. 26].

4. On May 23, 2019, the Defendants – Class Plaintiffs filed the *Class Plaintiffs' Reply in Support of Their Motion for Abstention* [Adv. Docket No. 27].

5. On August 8, 2019, the Court held a hearing on the Motion for Abstention ("Hearing").

6. Based on the Court's ruling at the Hearing, the Defendants – Class Plaintiffs, Liquidation Trust and Comerica Bank have agreed upon the attached proposed form of Order.[1]

7. Accordingly, the Defendants – Class Plaintiffs respectfully request that the Court enter the Order attached hereto as Exhibit A at the earliest convenience of the Court.

Dated: August 13, 2019

**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

*/s/ Marc J. Phillips*
Marc J. Phillips (No. 4445)
1105 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 504-7823
Facsimile: (215) 731-3777
Email: mphillips@mmwr.com

-and-

Daniel C. Girard (admitted pro hac vice)
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dgirard@girardsharp.com

*Attorneys for Defendants–Class Plaintiffs*

---

[1] A proposed form of Order was not filed with the Motion for Abstention.