# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Case No. 17-12560 (BLS) |
| Remaining Debtors. | (Jointly Administered) |
| COMERICA BANK, | |
| Plaintiff, | |
| vs. | |
| (1) JAY BEYNON FAMILY TRUST DTD 10/23/1998, RICHARD J. CARLI, LOIS M. CARLI, ALBERT M. LYNCH, and FREDA B. LYNCH; (2) ROBERT J. PRINCE, LILLY SHIRLEY, and JOSEPH C. HULL; (3) LLOYD LANDMAN and NANCY LANDMAN; (4) ALAN GORDON and MARLENE GORDON; and (5) MARK BAKER, CORNERSTONE GROWTH, LP, LEONA POMROY, DENNIS RYAN, and CAROLE RYAN, | Adversary Proceeding No. 18-50382 (BLS) |
| Defendants. | **Related to Adv. Docket No. 23** |

## ORDER GRANTING DEFENDANTS' MOTION FOR ABSTENTION

This matter came before the Court for hearing at 10:00 a.m. on August 8, 2019 (the "Hearing"), on Defendants' Motion for Abstention under 28 U.S.C. § 1334(c)(1) [Adv. Docket No. 23] (the "Motion").

The Court has considered the Motion, the Plaintiff's response [Adv. Docket No. 25], the Liquidation Trust's Statement in Support [Adv. Docket No. 24], and all papers related thereto, and heard argument of counsel, and after due deliberation and good and sufficient cause appearing therefor, and for the reasons set forth on the record at the Hearing,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Court shall abstain from the above-captioned adversary proceeding pursuant to 28 U.S.C. § 1334(c)(1).

3. Plaintiff's Complaint [Adv. Docket No. 1] is DISMISSED without prejudice.